■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES LA MAR, Appellant.—Judgment unanimously affirmed. Memorandum: Although the trial court exceeded the bounds of permissible questioning of defendant's witnesses *(see, People v Mees,* 47 NY2d 997, 998; *People v Mendes,* 3 NY2d 120, 121), defense counsel failed to preserve this issue for our review as a matter of law *(see, People v Charleston,* 56 NY2d 886). Nor did he preserve for such review any error committed by the sentencing court *(see, People v Green,* 54 NY2d 878). On this record, we decline to exercise our discretion either to reverse the conviction or to remand for resentencing. (Appeal from judgment of Niagara County Court, Hannigan, J.—burglary, second degree.) Present—Callahan, J. P., Denman, Boomer, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BIANCO, Appellant.—Judgment unanimously affirmed *(see, People v Salamino,* 107 AD2d 827). (Appeal from judgment of Monroe County Court, Wisner, J.—criminal possession of stolen property, first degree.) Present—Callahan, J. P., Denman, Boomer, Pine and Schnepp, JJ.